No. 98–7482. MIOTKE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7483. LeBARON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7484. NELSON *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 98–7485. MEANS *v.* ALEXANDER ET AL. C. A. D. C. Cir. Certiorari denied.

No. 98–7488. JACKSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7489. LOWE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7492. WRIGHT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–7493. CRIALES *v.* AMERICAN AIRLINES, INC. C. A. 2d Cir. Certiorari denied.

No. 98–7494. MILLIGAN ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–7495. LINDAHL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–7496. MARSH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–7498. MOORE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–7499. MOORE *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 98–7502. PHAM *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–7503. SNOWDEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–7504. SANCHO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.